In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00117-CR**

_____

**KIMBERLY ANN PETRY A/K/A KIMBERLY BREED A/K/A KIMBERLY COMEAUX A/K/A KIMBERLY SLAUGHTER A/K/A KIMBERLY THOMAS A/K/A SAM HAZEL A/K/A KIMBERLY ANN THOMAS A/K/A KIMBERLY ANN BREED A/K/A KIM COMEAUX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 10-09122**

**MEMORANDUM OPINION**

Appellant pleaded guilty under a plea agreement to felony theft. The trial court found her guilty, assessed punishment at ten years of confinement, suspended the imposition of sentence, and placed her on community supervision for ten years, and imposed a $1,000.00 fine. After the State filed a motion to revoke, the trial court found appellant violated terms of her community supervision, revoked the supervision, and sentenced her to ten years of confinement. Appellate counsel filed a brief that presents

1

counsel's professional evaluation of the record. Counsel concludes there are no arguable points of error. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). This Court granted an extension of time for appellant to file a *pro se* response. We received no response from the appellant. We have reviewed the appellate record and agree with counsel's conclusion. It is unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). The trial court's judgment is affirmed.

AFFIRMED.

_____
DAVID GAULTNEY
Justice

Submitted on December 28, 2012
Opinion Delivered January 23, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.

2